1   MARK J. ROMEO    SBN 112002
     LAW OFFICES OF MARK J. ROMEO
2   130 Sutter Street, 7th Floor
     San Francisco, CA 94104
3   Telephone: (415) 395-9315
     Facsimile:   (415) 395-9318
4   *romeolaw@msn.com*

5   Attorneys for Plaintiff/Defendant/Cross Defendant/Debtor
     DEMAS WAI YAN

7                   UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEMAS WAI YAN, ) | Bk. No. 04-3 3526 tec |
|                          ) | Chapter 11 |
| Debtor.      ) | Adv. No. 05-03236 consolidated with 05-03257 |
| _____ ) | |
| DEMAS WAI YAN, aka DENNIS YAN, ) | **DEPOSITON EXCERPTS OFFERED BY DEMAS YAN** |
|                          ) | |
|     Plaintiff,     ) | (Adv. No. 05-03257) |
| v.     ) | |
| DONG FU, (aka TONY FU) et al. ) | |
|     Defendants.     ) | |
| (San Francisco Superior Court No. 428960) ) | |
| _____ ) | |
| WEI SUEN,     ) | |
|     Plaintiff,     ) | (Adv. No. 05-03257) |
| v.     ) | |
| DEMAS YAN, et al. ) | |
|     Defendants.     ) | |
| (San Francisco Superior Court No. 433246) ) | |
| _____ ) | |
| STELLA CHEN,     ) | |
|     Plaintiff,     ) | (Adv. No. 05-03236) |
| v.     ) | **Date: July 26, 2005**<br>**Time: 9 a.m.**<br>**Court: Hon Thomas E. Carlson** |
| DEMAS WAI YAN, aka DENNIS YAN ) | |
|     Defendant.     ) | |
| _____ ) | |

Pursuant to the Scheduling Order in this case, DEMAS YAN intends to offer the following deposition testimony for purposes other than impeachment and rebuttal.

1. <u>Deposition of Connie Ho, Yan v. Fu, San Francisco Superior Court No. 428960, October 11, 2004.</u>:

30:22-31:12 and Exh. 6

55:18-69:22, and Exh. 13, 16-23.

2. <u>Deposition of Alina Laguna, Yan v. Fu, San Francisco Superior Court No. 428960, December 6, 2004.</u>:

35:22-39:16

DATED: July 19, 2005          LAW OFFICES OF MARK J. ROMEO

         By <u>/S/ Mark J. Romeo</u>
         MARK J. ROMEO