William Webb Farrer (SBN 95276)
LAW OFFICES OF WILLIAM WEBB FARRER
300 Montgomery Street, Suite 600
San Francisco, California 94104
(415) 765-9100
(415) 765-9109 (fax)

Attorneys for Secured Creditor
Stella Chen

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN aka DENNIS YAN,<br><br>   Debtor. | Case No. 04-33526<br>Chapter 11 |
| STELLA CHEN,<br><br>   Plaintiff,<br><br>   v.<br><br>DEMAS WAI YAN aka DENNIS YAN<br><br>   Defendant. | Adversary Proceeding No. 05-03236<br><br>**PLAINTIFF'S DISCOVERY EXCERPTS-PHASE 1**<br><br>Trial Dates: July 26-27, 2005<br>Time: 9:00 a.m.<br>Judge: Honorable Thomas Carlson<br>Place: 235 Pine Street, 23rd Floor<br>   San Francisco, CA. 94104 |

Pursuant to the Court's Scheduling Order, Stella Chen ("Chen") submits the following discovery excerpts for use in connection with the trial of Phase 1 of the above-captioned consolidated adversary proceedings concerning the enforceability of a $450,000 promissory note and deed of trust given to her by the debtor.

1.  Deposition Excerpts

  A. <u>Margaret J. Berlese (taken on November 22, 2004)</u>:

    Page 4, line 17 - page 6, line 14

    Page 7, line 10 - page 9, line 23

Plaintiff's Discovery Excerpts - Phase 1 (1319\P043.WWF) - 1 -

LAW OFFICES OF WILLIAM WEBB FARRER
300 MONTGOMERY STREET, SUITE 600
SAN FRANCISCO, CA 94104
(415) 765-9100

| | | |
|---|---|---|
| 1 | | Page 10, line 25 - page 12, line 17 |
| 2 | | Page 13, line 15 - page 15, line 7. |
| 3 | B. | <u>Federick T. Seher (taken on September 28, 2004)</u>: |
| 4 | | Page 7, line 10 - page 8, line 8 |
| 5 | | Page 13, line 7 - page 15, line 22 |
| 6 | | Page 16, line 5 - page 17, line 3 |
| 7 | | Page 20, line 24 - page 21, line 23 |
| 8 | | Page 22, line 18 - page 23, line 6 |
| 9 | | Page 29, line 15 - page 31, line 20 |
| 10 | | Page 40, line 12 - page 61, line 17 |
| 11 | C. | <u>Demas Yan (taken on September 3, 2004)</u> |
| 12 | | Page 16, lines 14-19 |
| 13 | | Page 19, line 2 - page 21, line 25 |
| 14 | | Page 24, lines 3-20 |
| 15 | | Page 25, lines 6-24 |
| 16 | | Page 40, lines 3-20 |
| 17 | | Page 41, line 1 - page 44, line 5 |
| 18 | | Page 46, line 19 - page 47, line 2 |
| 19 | | Page 48, line 15 - page 49, line 8 |
| 20 | | Page 52, lines 11-17 |
| 21 | | Page 54, line 6 - page 57, line 10 |
| 22 | | Page 64, line 25 - page 68, line 2 |
| 23 | | Page 85, line 10 - page 86, line 10 |
| 24 | | Page 91, line 1 - page 99, line 23 |
| 25 | | Page 100, line 23 - page 105, line 2 |
| 26 | | Page 107, line 15 - page 108, line 16 |
| 27 | | Page 118, line 4 - page 121, line 7 |
| 28 | | Page 122, line 20 - page 124, line 21 |

| | | |
|---|---|---|
| 1 | | Page 130, line 19 - page 132, line 2 |
| 2 | | Page 153, line 18 - page 157, line 2 |
| 3 | | Page 157, line 11 - page 158, line 1 |
| 4 | | Page 159, lines 11 - 21 |
| 5 | D. | Demas Yan (taken on November 19, 2004) |
| 6 | | Page 172, line 18 - page 173, line 5 |
| 7 | | Page 178, line 6 - page 179, line 8 |
| 8 | | Page 182, lines 12 - 16 |
| 9 | | Page 196, line 25 - page 198, line 1 |
| 10 | | Page 233, line 12 - page 234, line 14 |
| 11 | | Page 237, line 1 - page 244, line 11 |
| 12 | | Page 245, line 3 - page 255, line 17 |
| 13 | | Page 307, line 14 - page 324, line 11 |
| 14 | | Page 326, line 7 - page 328, line 25 |
| 15 | | Page 330, line 12 - page 332, line 24 |
| 16 | | Page 342, lines 3 - 7 |
| 17 | | Page 344, lines 11 - 15 |
| 18 | | Page 354, lines 15 - 22 |
| 19 | | Page 356, line 1 - page 357, line 7 |
| 20 | E. | Demas Yan (taken on June 7, 2005) |
| 21 | | Page 29, line 16 - page 43, line 2 |

Dated: July 19, 2005                     LAW OFFICES OF WILLIAM WEBB FARRER

By _____/s/_____
William Webb Farrer,
Attorney for secured creditor Stella Chen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF WILLIAM WEBB FARRER
300 MONTGOMERY STREET, SUITE 600
SAN FRANCISCO, CA 94104
(415) 765-9100

# PROOF OF SERVICE

I, Laurel Knapp, certify and declare as follows:

I am over the age of eighteen years, and not a party to this action. My business address is 300 Montgomery Street, Suite 600, San Francisco, California 94104, which is located in the county where the mailing described below took place.

I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 19, 2005, the following document:

* **Plaintiff's Discovery Excerpts - Phase 1**

was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

Mark J. Romeo, Esq.  
130 Sutter St., 7th Floor  
San Francisco, CA 94104

John Chu, Esq.  
505 Sansome St., #475  
San Francisco, CA 94111

Tony Fu  
5813 Geary Blvd., PMB 188  
San Francisco, CA 94121

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 19, 2005 at San Francisco, California.

/s/  
Laurel Knapp