| | |
|---|---|
| 1<br>2<br>3<br>4 | MARK J. ROMEO    SBN 112002<br>LAW OFFICES OF MARK J. ROMEO<br>130 Sutter Street, 7th Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 395-9315<br>Facsimile:      (415) 395-9318<br>*romeolaw@msn.com* |
| 5<br>6 | Attorneys for Plaintiff/Defendant/Cross Defendant/Debtor<br>DEMAS WAI YAN |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re  DEMAS WAI YAN,<br><br>Debtor.<br>_____<br>DEMAS WAI YAN, aka DENNIS YAN,<br><br>     Plaintiff,<br>v.<br><br>DONG FU, (aka TONY FU) et al.<br><br>     Defendants.<br>(San Francisco Superior Court No. 428960)<br>_____<br><br>WEI SUEN,<br><br>     Plaintiff,<br><br>v.<br><br>DEMAS YAN, et al.<br><br>     Defendants.<br>(San Francisco Superior Court No. 433246)<br>_____<br>STELLA CHEN,<br><br>     Plaintiff,<br><br>v.<br><br>DEMAS WAI YAN, aka DENNIS YAN<br><br>     Defendant.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Bk. No. 04-3 3526 tec<br>Chapter 11<br>Adv. No. 05-03236 consolidated with 05-03257<br>**WITNESS LIST OF DEMAS YAN**<br><br>(Adv. No. 05-03257)<br><br><br><br><br><br><br><br><br><br>(Adv. No. 05-03257)<br><br><br><br><br><br><br><br><br>(Adv. No. 05-03236)<br><br>**Date: November 29, 2005**<br>**Time: 9:30 a.m.**<br>**Court: Hon Thomas E. Carlson** |

Pursuant to the Scheduling Order in this case, this WITNESS LIST for the second phase of the trial in these consolidated actions is submitted by DEMAS WAI YAN, aka DENNIS YAN, Plaintiff and Cross Defendant in removed action Adv. No. 05-03236 (San Francisco Superior Court No. 428960 <u>Yan v. Fu, et al.</u>) and defendant in removed action Adv. No. 05-03236 (San Francisco Superior Court No. 433246, <u>Suen v. Yan</u>). The following lists those witnesses expected to be called by DEMAS YAN, other than for impeachment or rebuttal, with respect to the issues of phase one of the trial only. This party reserves the right to call any other party or witness offered by any other party for examination on additional issues.

1. <u>Tony Dong Fu</u>: This witness will be called as an adverse witness to be examined on the formation and implementation of the alleged partnership in the Chenery Property and the financing of the construction; the circumstances and methods by which the parties documented their interests in the project; the amounts paid by Demas Yan toward construction costs under the partnership agreement; the handling of funds for the project from the joint account; the accounting of costs and expenses paid by Demas Yan and Tony Fu respectively; the staffing of the project; the performance of the alleged partnership agreement by Dong Fu; his license status as a general contractor; and the assignment of his claim to Wei Suen. Portions of the deposition of the witness will also be introduced.

2. <u>Demas Yan</u>: This witness will be called to testify on the formation and implementation of the alleged partnership in the Chenery Property and the financing of the construction; the circumstances and methods by which the parties documented their interests in the project; the amounts paid by Demas Yan toward construction costs under the partnership agreement; the handling of funds for the project from the joint account; the accounting of costs and expenses paid by Demas Yan and Tony Fu respectively; the staffing of the project; the performance of the alleged partnership agreement by Dong Fu; his license status as a general contractor; the existence and value of the partnership in the Chenery Property; the value of the construction performed by Dong Fu as a contractor; Dong Fu's representations to Demas Yan and others regarding his contracting business and license status; the effect of unlicensed construction on the marketing of the units.

3. <u>Wei Suen</u>: This witness will be called as an adverse witness and examined on his work on the Chenery Property; the work, supervision and role of Dong Fu on the Chenery Property; and the assignment of the Fu claim to Wei Suen. Portions of the deposition of the witness will also be introduced.

4. <u>Zhuo Rong Li</u>: This witness is called pursuant to a subpoena in this case. He worked on the construction of the Chenery Street project. He will be called to testify as to the work, supervision and role of Dong Fu on the Chenery Property; the staffing of the project; and Dong Fu's status and role as general.

5. <u>Maoe Tjoe</u>: This witnesses is called pursuant to a subpoena in this case. He was and is an employee of the San Francisco Building Inspection Department. He will be called to testify as to the work, supervision and role of Dong Fu on the Chenery Property; the staffing of the project; and Dong Fu's status and role as general.

DATED: November 21, 2005        LAW OFFICES OF MARK J. ROMEO

                                By<u>/S/ Mark J. Romeo            </u>
                                MARK J. ROMEO