

**Signed and Filed: December 21, 2005**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No: 04-33526 TEC |
| DEMAS WAI YAN, aka DENNIS YAN, | Chapter 11 |
| Debtor. | |
| DEMAS WAI YAN, aka DENNIS YAN and, Plaintiff, | Adv. Proc. No. 05-3257 |
| vs. | |
| DONG XING FU, (aka TONY FU) et al., Defendants. | |
| (San Francisco Superior Court No. 428960) | |
| WEI SUEN, Plaintiff, | Adv. Proc. No. 05-3257 |
| vs. | |
| DEMAS YAN, et al., Defendants. | |
| (San Francisco Sup. Ct. No. 429860) | |
| STELLA CHEN, Plaintiff, | Adv. Proc. No. 05-3236 |
| vs. | |
| DEMAS WAI YAN, aka DENNIS YAN, Defendant. | |

**JUDGMENT**

For the reasons stated in the accompanying Decision After Trial, the court hereby enters the following judgment resolving all claims against all parties.

(1) Stella Chen shall recover from Yan (to be paid from the funds held by Yan's counsel) $450,000 principal, $35,042 in prejudgment interest, and such fees and costs as are awarded on post-trial motion.

(2) Demas Yan is entitled to a determination that he has no enforceable obligation to Tony Fu or Wei Suen. He is entitled to no further relief against Stella Chen, Tony Fu or Wei Suen.

(3) Wei Suen shall recover nothing on his complaint.

**\*\*END OF JUDGMENT\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | William Webb Farrer, Esq.<br>Law Offices of William Webb Farrer<br>300 Montgomery Street |
| 4 | Suite 600<br>San Francisco, CA 94104 |
| 5 | |
| 6 | Stella Chen<br>1672 12th Avenue<br>San Francisco, CA 94122 |
| 7 | |
| 8 | Mark J. Romeo, Esq.<br>Law Offices of Mark J. Romeo<br>130 Sutter Street 7th Floor |
| 9 | San Francisco, CA 94104 |
| 10 | Demas Wai Yan<br>1433 7th Avenue |
| 11 | San Francisco, CA 94122 |
| 12 | John Chu, Esq.<br>Corporate Counsel Law Group |
| 13 | 505 Sansome Street<br>Suite 475 |
| 14 | San Francisco, CA 94111 |
| 15 | Tony Fu<br>5813 Geary Boulevard |
| 16 | PMB 188<br>San Francisco, CA 94121 |
| 17 | |
| 18 | Office of the U.S. Trustee<br>235 Pine Street<br>Suite 700 |
| 19 | San Francisco, CA 94104 |