| | |
|---|---|
| MARK J. ROMEO    SBN 112002 | |
| LAW OFFICES OF MARK J. ROMEO | |
| 130 Sutter Street, 7th Floor | |
| San Francisco, CA 94104 | |
| Telephone:  (415) 395-9315 | |
| Facsimile:      (415) 395-9318 | |
| *romeolaw@msn.com* | |

Attorneys for Plaintiff/Defendant/Cross Defendant/Debtor
DEMAS WAI YAN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEMAS WAI YAN,<br><br>Debtor.<br>_____<br>DEMAS WAI YAN, aka DENNIS YAN,<br><br>     Plaintiff,<br>v.<br><br>DONG FU, (aka TONY FU) et al.<br><br>     Defendants.<br>(San Francisco Superior Court No. 428960)<br>_____<br>WEI SUEN,<br><br>     Plaintiff,<br>v.<br><br>DEMAS YAN, et al.<br><br>     Defendants.<br>(San Francisco Superior Court No. 433246)<br>STELLA CHEN,<br><br>     Plaintiff,<br>v.<br><br>DEMAS WAI YAN, aka DENNIS YAN<br><br>     Defendant.<br>_____ | Bk. No. 04-3 3526 tec<br>Chapter 11<br>Adv. No. 05-03236 consolidated with 05-03257<br>**NOTICE OF APPEAL BY DEMAS WAI YAN OF JUDGMENT IN ADV. NO. 05-03236**<br><br>(Adv. No. 05-03257)<br><br><br><br><br><br><br><br><br><br>(Adv. No. 05-03257)<br><br><br><br><br><br><br>(Adv. No. 05-03236) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Bankruptcy Rule 8001, et seq., DEMAS WAI YAN, aka DENNIS YAN, defendant in <u>Stella Chen v. Demas Yan</u>, Adv. No. 05-03236, hereby appeals from the Judgment of the court in <u>Stella Chen v. Demas Yan</u>, Adv. No. 05-03236, entered December 22, 2005.

The parties and their respective attorneys in such consolidated case are:

1. Stella Chen: WILLIAM WEBB FARRER, LAW OFFICES OF WILLIAM WEBB FARRER, 300 Montgomery Street, Suite 600, San Francisco, CA 94104

2. Wei Suen: JOHN CHU, CORPORATE COUNSEL LAW GROUP, 505 Sansome Street, Suite 475, San Francisco, CA 9411.

3. Dong "Tony" Fu (in pro per): 5813 Geary Blvd., PMB 188, San Francisco, CA 94121.

DATED: November 21, 2005        LAW OFFICES OF MARK J. ROMEO

                                By/S/ Mark J. Romeo
                                MARK J. ROMEO