```
 1  MARK J. ROMEO    SBN 112002
    LAW OFFICES OF MARK J. ROMEO
 2  130 Sutter Street, 7th Floor
    San Francisco, CA 94104
 3  Telephone:  (415) 395-9315
    Facsimile:    (415) 395-9318
 4  romeolaw@msn.com

 5  Attorneys for Plaintiff/Defendant/Cross Defendant/Debtor
    DEMAS WAI YAN
 6

 7                    UNITED STATES BANKRUPTCY COURT
                       NORTHERN DISTRICT OF CALIFORNIA
 8

 9

10  In re  DEMAS WAI YAN,              )   Bk. No. 04-3 3526 tec
                                       )   Chapter 11
11  Debtor.                            )   Adv. No. 05-03236 consolidated with
                                       )   05-03257
12  _____)
    DEMAS WAI YAN, aka DENNIS YAN,     )   REQUEST FOR TRANSCRIPT
13                                     )   ON APPEAL BY DEMAS WAI
            Plaintiff,                 )   YAN OF JUDGMENT IN ADV.
14  v.                                 )   NO. 05-03236 AND STATEMENT
                                       )   OF ISSUES ON APPEAL
15  DONG FU, (aka TONY FU) et al.      )
                                       )   [FRBP 8007]
16          Defendants.                )
    (San Francisco Superior Court No. 428960) )
17  _____)
                                       )
18  WEI SUEN,                          )   (Adv. No. 05-03257)
                                       )
19          Plaintiff,                 )
                                       )
20  v.                                 )
                                       )
21  DEMAS YAN, et al.                  )
                                       )
22          Defendants.                )
    (San Francisco Superior Court No. 433246) )
23                                     )
    STELLA CHEN,                       )
24                                     )   (Adv. No. 05-03236)
            Plaintiff,                 )
25                                     )
    v.                                 )
26                                     )
    DEMAS WAI YAN, aka DENNIS YAN      )
27                                     )
            Defendant.                 )
28  _____)
```

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Bankruptcy Rule 8007, et seq., DEMAS WAI YAN, aka DENNIS YAN, defendant in <u>Stella Chen v. Demas Yan</u>, Adv. No. 05-03236, hereby requests preparation of the following transcripts of proceedings in support of his appeal from the Judgment of the court in <u>Stella Chen v. Demas Yan</u>, Adv. No. 05-03236, entered December 23, 2005:

1. Dong "Tony" Fu, Trial Testimony Direct and Cross, July 26, 2005
2. Dong "Tony" Fu, Cross, Redirect and Recross, July 27, 2005
3. Dong "Tony" Fu, Direct, Cross, Redirect and Recross, November 30, 2005
4. Demas Yan, Direct, July 27, 2005
5. Demas Yan, Direct, Cross, Redirect, and Recross September 15, 2005
6. Demas Yan, Direct, Cross, Redirect and Recross, December 1, 2005
7. Richard Beckman, Direct, Cross and Redirect, July 27, 2005
8. Winky Wong, Direct and Cross, July 27, 2005
9. Fei Sing Fu, Direct, Cross, Redirect and Recross, July 26, 2005
10. Frederic Seher, Direct, Cross, Redirect and Recross, July 26, 2005
11. Stella Chen, Direct, Cross, Redirect and Recross, July 26, 2005
12. James Scott Brodie, Direct and Cross July 25, 2005
13. Mao Tjoe, Direct and Cross, December 1, 2005
14. Wei Suen, Direct, Cross, Redirect and Recross, December 1, 2005
15. Deposition Excerpts of Demas Yan Offered by Plaintiff, July 27, 2005
16. Deposition of Peggy Berlese, Offered by Plaintiff July 27, 2005
17. Closing Statements of Plaintiff September 15, 2005
18. Closing Statement of Defendant Yan September 15, 2005

DATED: November 21, 2005      LAW OFFICES OF MARK J. ROMEO

                                           By/S/ Mark J. Romeo
                                           MARK J. ROMEO